WILLIAM H. FEATHER, RELATOR, v. NEW JERSEY
REALTY AND FINANCE CORPORATION ET AL.,
RESPONDENTS.

Argued June term, 1923—Decided June 21, 1923.

Corporations—Examination of Books—Charter Provisions Re-
lating to Stockholder's Right.

On rule to show cause why a writ of *mandamus* should not
issue.

Before Justices TRENCHARD, PARKER and BERGEN.

For the relator, *William T. Boyle.*

For the respondents, *Lewis Starr.*

PER CURIAM.

In its general features, this case exhibits such a similarity
to the case of *Schnitzler* v. *New York Transportation Co.,*
76 *N. J. L.* 171, that, following that precedent, an alternative
writ ought to issue.

The special feature of the matter, on which counsel for
respondents lays much stress, is that the certificate of incor-
poration of the corporate respondent contains certain pro-
visions purporting to limit the right of stockholders to ex-
amine the books of the corporation, which are effective to bar
the present application. This feature was presented in *In re
De Vengoechea,* 86 *N. J. L.* 35, but not passed upon. The
matter is important and should be decided; and we are clearly
unwilling to decide it against relator on this rule, nor, on the
other hand, should it be decided in favor of either party
without fuller consideration and argument than the present
rule permits. We conclude that an alternative writ should
issue, and this question may then be raised on the record,
together with the other questions of good faith, &c., arising
in the case.